JESSE S. KAPLAN  CSB#103726
5441 Fair Oaks Blvd Suite C-1
Carmichael, CA 95608
Tel: (916)488-3030
Fax: (916)489-9297

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| IZABELLA KNYAZHINA, | Case No.: 2:12-cv-02726-DAD |
| Plaintiff, | STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGEMENT |
| vs. | |
| Carolyn Colvin, Acting Commissioner of Social Security, | |
| Defendant | |

　　　IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR RESPECTIVE UNDERSIGNED ATTORNEYS, AND WITH THE PERMISSION OF THE COURT, THAT PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT IS EXTENDED TO MARCH 10, 2014.  **THIS IS THE FIRST EXTENSION.**

**DATED: FEBRUARY 18, 2014**

　　　　　　　　　　　　　　　　　　　　　　　/s/  Jesse S. Kaplan
　　　　　　　　　　　　　　　　　　　　　　　JESSE S. KAPLAN
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**DATED: FEBRUARY 18, 2014**

　　　　　　　　　　　　　　　　　　　　　　　/s/ Per e-mail authorization
　　　　　　　　　　　　　　　　　　　　　　　PAUL SACHELARI
　　　　　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

STIPULATION AND
ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGEMENT - 1

# **ORDER**

Pursuant to the parties' stipulation, plaintiff's time to file a motion for summary judgment is extended to March 10, 2014. Accordingly, defendant's time to file a cross-motion is extended to April 9, 2014.

IT IS SO ORDERED.

Dated: February 19, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec
knyazhina2726.stip.eot.ord.docx