BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 415-977-8952
    Facsimile: 415-744-0134
    Email: Asim.Modi@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| IZABELLA KNYAZHINA, | ) No. 2:12-cv-2726-DAD |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **EXTEND BRIEFING SCHEDULE** |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to prepare her Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment by 30 days to May 9, 2014, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly. This is Defendant's first request for an extension of time in this matter.  There is good cause for this extension because this case was recently reassigned to new counsel for Defendant and additional time is required to sufficiently respond to the issues presented in Plaintiff's Motion for Summary Judgment.

/////

/////

-1-

Respectfully submitted,

Date: <u>March 31, 2014</u>   By:   <u>/s/ Asim H. Modi  for Jesse S. Kaplan*</u>
JESSE S. KAPLAN
*Authorized by telephone on March 31, 2014*
Attorneys for Plaintiff

Date: <u>March 31, 2014</u>   BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:   <u>/s/ Asim H. Modi</u>
ASIM H. MODI
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, **IT IS SO ORDERED**.

Dated:  April 1, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec
knyazhina2726.stip.eot2.ord.doc