BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI
Special Assistant United States Attorney
   Social Security Administration
   160 Spear Street, Suite 800
   San Francisco, CA  94105
   Telephone: 415-977-8952
   Facsimile: 415-744-0134
   Email: Asim.Modi@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| IZABELLA KNYAZHINA,<br><br>   Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN<br>Acting Commissioner of Social Security,<br><br>   Defendant. | No. 2:12-cv-2726-DAD<br><br>**STIPULATION AND ORDER FOR VOLUNTARY REMAND** |

   IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

   Upon remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to offer Plaintiff a new hearing and the opportunity to present new evidence.  The ALJ consequently will reevaluate Plaintiff's residual functional capacity; in doing so, the ALJ will also reassess the credibility of Plaintiff's testimony.

Stipulation and Order for Voluntary Remand
2:12-cv-2726-DAD

1   The ALJ, moreover, will reevaluate whether Plaintiff's past work qualifies as past relevant work. If Plaintiff has past relevant work, the ALJ will then assess whether Plaintiff could perform this work. The ALJ will additionally assess Plaintiff's ability to perform other work in significant numbers in the national economy. If necessary, the ALJ will obtain new vocational expert testimony. The ALJ will ensure that hypothetical questions posed to the vocational expert fully incorporate the ALJ's findings regarding Plaintiff's residual functional capacity.

                                        Respectfully submitted,

Date: <u>May 8, 2014</u>         By:    <u>/s/ Asim H. Modi  for Jesse S. Kaplan*</u>
                                        JESSE S. KAPLAN
                                        *Authorized by email on May 8, 2014
                                        Attorneys for Plaintiff

Date: <u>May 8, 2014</u>                BENJAMIN B. WAGNER
                                        United States Attorney
                                        DONNA L. CALVERT
                                        Acting Regional Chief Counsel, Region IX
                                        Social Security Administration

                                 By:    <u>/s/ Asim H. Modi</u>
                                        ASIM H. MODI
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  May 8, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\knyazhina2726.stip.remand.ord.doc

Stipulation and Order for Voluntary Remand
2:12-cv-2726-DAD